AO91 (Rev. 12/03)  Criminal Complaint                                                                                           AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**          **CRIMINAL COMPLAINT**
vs.
                                                                Case Number: 1:15-po-1803
Israel AVILA-Aguilar
A094 792 318  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 15, 2015 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title    8    United States Code, Section(s)    1325(a)(1)

I further state that I am a(n)    Border Patrol Agent    and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on December 15, 2015. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on December 15, 2015 thus avoiding immigration inspection.

Defendant had no money at the time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/  Juarez, Jesus  Border Patrol Agent
Signature of Complainant

Juarez, Jesus    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 16, 2015                                at        Brownsville, Texas
Date                                                                City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                    Signature of Judge